Accordingly, the Court enters the following:

**ORDER**

AND NOW, this 2nd day of February, 2010, Wilkinson's Motion to Suppress Evidence and Statements (Doc. 13) is GRANTED in part and DENIED in part. The Motion is GRANTED insofar as it prohibits the introduction of Wilkinson's post-arrest statements to Officers Curcio and Kolenkiewicz during the Government's case-in-chief. The Motion is DENIED as to the suppression of the physical evidence and the introduction of Wilkinson's statements during cross-examination.

BY THE COURT:

Juan R. Sánchez, J.